UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SUNIL INGLE,

          Plaintiff,

      v.

CRITEO CORPORATION,

          Defendant.

Case No.  24-cv-04742-NW   (SVK)

**ORDER STRIKING PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AS UNTIMELY**

Re: Dkt. No. 53

Today, Plaintiff Sunil Ingle filed a motion to compel Defendant to produce documents in response to requests for production served by Plaintiff in January 2026.  Dkt. 53.  Civil Local Rule 37-3 provides that "[w]here the Court has set separate deadlines for fact and expert discovery, no motions related to fact discovery may be filed more than 7 days after the fact discovery cut-off …"  Here, the deadline to complete fact discovery was March 13, 2026 (Dkt. 46); March 20, 2026 was the deadline to file discovery motions.  If Plaintiff wanted an extension of the deadline to file a motion to compel, he needed to request and obtain it from the Court.  He did not do so.

Even if Plaintiff had obtained an extension of the March 20 deadline to file a motion to compel, the last meet and confer on the issues raised in Plaintiff's motion to compel appears to have taken place in April.  *See* Dkt. 53.  The case has moved forward since that time, and dispositive motions are now pending.

It is simply too late for Plaintiff to raise these discovery issues at this late stage.  The Court therefore **STRIKES** Plaintiff's motion to compel at Dkt. 53 as untimely.[1]

**SO ORDERED.**

Dated: July 7, 2026

SUSAN VAN KEULEN
United States Magistrate Judge

United States District Court
Northern District of California

---

[1] In addition, the undersigned's Civil and Discovery Referral Matters Standing Order requires all discovery disputes to be presented in the form of a joint statement, not a noticed motion.