UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNIL INGLE<br>Plaintiff,<br>v.<br>CRITEO CORPORATION<br>Defendant. | Case No. 24-cv-04742-NW<br><br>**JUDGMENT**<br>Re: ECF No. 66 |

On November 20, 2026, the Court granted the motion for summary judgment and dismissed this action with prejudice. ECF No. 66. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendant Criteo Corporation and against Plaintiff Sunil Ingle. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: November 25, 2026

Noël Wise
United States District Judge